**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KENYON JOHNSON and
XAVIEN JOHNSON**                                                     **PLAINTIFFS**

**v.**                                           **CIVIL ACTION NO. 4:17-CV-60-MPM-RP**

**FLOYD T. BAILEY**                                                     **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and records in this action, the Court finds that the report and

recommendation of the United States Magistrate Judge dated July 7, 2017, was on that date

served via electronic mail through the court's CM/ECF system upon Plaintiff Kenyon Johnson

and mailed to Plaintiff Xavien Johnson; more than fourteen days have elapsed since service of

the report and recommendation; and no objection has been filed or served by the parties. The

Court is of the opinion that the report and recommendation should be approved and adopted as

the opinion of the Court.

It is, therefore, **ORDERED:**

1.     That the report and recommendation of the United States Magistrate Judge dated

July 7, 2017, is approved and adopted, and the proposed findings of fact and conclusions of law

therein set out are adopted as the findings of fact and conclusions of law of the Court.

2. Plaintiffs' motion to proceed *in forma pauperis* is **DENIED**. Plaintiffs are allowed

fourteen (14) days from the date of this Order to pay the standard civil filing fee of $400.00.

Failure to comply with this Order and pay the filing fee will result in dismissal of Plaintiffs'

Complaint under Federal Rule of Civil Procedure 41(a) without further notice to Plaintiffs.

SO ORDERED, this the 1st day of August, 2017.

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**